**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GARY SCHADER, Derivatively on Behalf of Nominal Defendant AMARIN CORPORATION PLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN F. THERO, MICHAEL W. KALB, LARS G. EKMAN, JAN VAN HEEK, KARIM MIKHAIL, PATRICK J. O'SULLIVAN, PER WOLD-OLSEN, KRISTINE PETERSON, DAVID STACK, and JOSEPH S. ZAKRZEWSKI,<br><br>Defendants,<br><br>and<br><br>AMARIN CORPORATION PLC,<br><br>Nominal Defendant. | Civil Action No. 3:22-cv-02017-MAS-TJB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Gary Schader hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). No compensation in any form has passed directly or indirectly from any of the Defendants to the Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 1, 2022

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz

Email: jml@jlclasslaw.com
**LIFSHITZ LAW PLLC**
1190 Broadway,
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*

SO ORDERED:

Dated: ________________________, 2022

________________________________________
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE